MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500

LEVINE LEE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 223-4400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MHA, LLC, d/b/a "MEADOWLANDS HOSPITAL MEDICAL CENTER," <br><br> Plaintiff, <br><br> v. <br><br> HEALTHFIRST, INC., HEALTHFIRST HEALTH PLAN OF NEW JERSEY, INC., SENIOR HEALTH PARTNERS, INC., MANAGED HEALTH, INC., HF MANAGEMENT SERVICES, LLC, HEALTHFIRST PHSP, INC., and ABC COMPANIES 1-100, and JOHN DOES 1-100, <br><br> Defendants. | Civil Case No.: 2:13-cv-06036-SDW-MCA <br><br> ECF Case <br><br> Motion Returnable:  August 18, 2014 <br><br> ORAL ARGUMENT REQUESTED <br><br> **NOTICE OF MOTION TO DISMISS AND ALTERNATIVE MOTION TO STRIKE** |

To:  A. Ross Pearlson, Esq.       Robert A. Agresta, Esq.
       WOLFF & SAMSON PC      Anthony K. Modafferi, III, Esq.
       One Boland Drive      THE AGRESTA FIRM, PC
       West Orange, NJ 07052      The Benzel-Busch Building
            24 Grand Avenue
            Englewood, NJ 07631

**PLEASE TAKE NOTICE** that on August 18, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Healthfirst, Inc., Healthfirst Health Plan of New Jersey, Inc., Senior Health Partners, Inc., Managed Health, Inc., HF Management Services, LLC and Healthfirst PHSP, Inc. (collectively, "Defendants") shall move before the Honorable Susan D. Wigenton at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Courtroom MLK 5C, Newark, New Jersey 07101, for an Order pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(2) and 12(b)(6) dismissing the action in its entirety and/or certain defendants from the action or, in the alternative, an Order pursuant to Rule 12(f) striking a portion of the Complaint, and for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Defendants shall rely in support of this motion upon (i) the annexed Declaration of Nahum Kianovsky, together with the exhibit annexed thereto, (ii) the annexed Declaration of Kenneth D. Friedman, together with the exhibits annexed thereto, and (iii) the Memorandum of Law in Support of Defendants' Motion to Dismiss and Alternative Motion to Strike. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: New York, New York.<br>July 11, 2014 | Respectfully submitted,<br><br>MANATT, PHELPS & PHILLIPS, LLP<br><br>By: s/ Kenneth D. Friedman \_<br>   Kenneth D. Friedman<br><br>LEVINE LEE LLP<br><br>   Seth L. Levine (admitted *pro hac vice*)<br>   Scott B. Klugman<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, Defendants' Notice of Motion to Dismiss and Alternative Motion to Strike along with the annexed Declaration of Nahum Kianovsky, together with the exhibit annexed thereto, Declaration of Kenneth D. Friedman, together with the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion to Dismiss and Alternative Motion to Strike, and the (Proposed) Order Granting Defendants' Motion to Dismiss and Alternative Motion to Strike were electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of an electronic filing to all CM/ECF participants, including Plaintiff's counsel.

I certify that the foregoing statements are true and correct. Executed in New York, New York on this 11th day of July, 2014.

                                                s/ Kenneth D. Friedman
                                                Kenneth D. Friedman